IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER P. RANKIN,

    Plaintiff,

v.

INTERNAL REVENUE SERVICE,

    Defendant.

JUDGMENT IN A CIVIL CASE

10-cv-346-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Internal Revenue Service granting its motion to dismiss this case for lack of subject matter jurisdiction.

_____
Peter Oppeneer, Clerk of Court

7/5/2011
Date